```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14488
   DAVID MENDIOLA
   BERTHA MENDIOLA                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7327     SSN XXX-XX-1535

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/10/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  92.19% from remaining funds.

     The case was dismissed after confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
CAPITAL ONE                   UNSECURED          1380.14           .00           206.05
CAPITAL ONE                   UNSECURED OTH       630.51           .00            94.14
IL STATE DISBURSEMENT UN      NOTICE ONLY       NOT FILED          .00              .00
IL STATE DISBURSEMENT UN      DSO ARREARS       NOT FILED          .00              .00
AFFILIATED RADIOLOGISTS       UNSECURED         NOT FILED          .00              .00
AMERICAN COLLECTION           NOTICE ONLY       NOT FILED          .00              .00
BOOK PLANET                   UNSECURED         NOT FILED          .00              .00
BP/CITI                       UNSECURED         NOT FILED          .00              .00
BUREAU OF COLLECTION REC      NOTICE ONLY       NOT FILED          .00              .00
CAPITAL ONE BANK              UNSECURED         NOT FILED          .00              .00
CAPITAL ONE BANK              UNSECURED         NOT FILED          .00              .00
ROUNDUP FUNDING LLC           UNSECURED           592.39           .00            88.43
CITI CARDS                    UNSECURED         NOT FILED          .00              .00
CITIFINANCIAL                 UNSECURED         NOT FILED          .00              .00
COMCAST                       UNSECURED         NOT FILED          .00              .00
COMPUTER CREDIT               NOTICE ONLY       NOT FILED          .00              .00
CONTINENTAL FURNITURE         UNSECURED         NOT FILED          .00              .00
CREDIT ONE BANK               UNSECURED         NOT FILED          .00              .00
CRED PROTECTION ASSOCIAT      NOTICE ONLY       NOT FILED          .00              .00
DR MITCHELL GOLDFLIES         UNSECURED         NOT FILED          .00              .00
EXXON MOBILE                  UNSECURED         NOT FILED          .00              .00
JEFFERSON CAPITAL SYSTEM      UNSECURED          1014.69           .00           151.48
PREMIER BANCARD CHARTER       UNSECURED           398.70           .00            47.56
FIRST PREMIER BANK            UNSECURED         NOT FILED          .00              .00
FIRST PREMIER BANK            UNSECURED         NOT FILED          .00              .00
G&M INTERNATIONAL             NOTICE ONLY       NOT FILED          .00              .00
GEMB/JC PENNEY                UNSECURED         NOT FILED          .00              .00
ECAST SETTLEMENT CORP         UNSECURED           834.94           .00           124.65
HSBC NV                       UNSECURED         NOT FILED          .00              .00
HSBC TAXPAYER FINANCIAL       UNSECURED          5664.15           .00           845.63
HSBC/CARSONS                  UNSECURED         NOT FILED          .00              .00
JBC LEGAL GROUP               NOTICE ONLY       NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14488 DAVID MENDIOLA & BERTHA MENDIOLA
```

```
KOHLS DEPT ST              UNSECURED        NOT FILED              .00            .00
LUTHERAN GENERAL HOSPITA   UNSECURED        NOT FILED              .00            .00
MCI APD BANKRUPTCY         UNSECURED        NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE     NOTICE ONLY      NOT FILED              .00            .00
MERRICK BANK               UNSECURED        NOT FILED              .00            .00
MOUNT SINAI HOSPITAL       UNSECURED        NOT FILED              .00            .00
NATIONWIDE CREDIT & COLL   NOTICE ONLY      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED              .00            .00
RUSH PRESBYTERIAN HOSPIT   UNSECURED        NOT FILED              .00            .00
RUSH PRES ST LUKES MEDIC   UNSECURED        NOT FILED              .00            .00
SHELL/CITI                 UNSECURED        NOT FILED              .00            .00
MT SINAI HOSPITAL MEDICA   UNSECURED        NOT FILED              .00            .00
MT SINAI HOSPITAL MEDICA   UNSECURED        NOT FILED              .00            .00
SINAI MEDICAL GROUP        UNSECURED        NOT FILED              .00            .00
SWEDISH COVENANT HOSPITA   UNSECURED        NOT FILED              .00            .00
TIME LIFE MUSIC            UNSECURED        NOT FILED              .00            .00
UNIVERSITY HEAD & NECK A   UNSECURED        NOT FILED              .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED              .00            .00
CHASE BANK USA NA          UNSECURED           238.11              .00          21.26
ROUNDUP FUNDING LLC        UNSECURED          1379.85              .00         206.01
ROUNDUP FUNDING LLC        UNSECURED           132.29              .00          15.78
LEGAL HELPERS PC           DEBTOR ATTY       1,968.00                        1,968.00
TOM VAUGHN                 TRUSTEE                                             298.17
DEBTOR REFUND              REFUND                                               32.84

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              4,100.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    1,800.99
ADMINISTRATIVE                               1,968.00
TRUSTEE COMPENSATION                           298.17
DEBTOR REFUND                                   32.84
                   ---------------      ---------------
TOTALS               4,100.00                4,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/09/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |